IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DORN VACKLYN WEBSTER,**
**A# 035-307-200,**

    Petitioner,

vs.                                               Case No. 4:16cv45-WS/CAS

**LORETTA LYNCH, et al.,**

    Respondents.
_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, initiated this case by submitting a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on January 25, 2016. ECF No. 1. Petitioner alleged he is a native of Anguilla and a citizen of the United Kingdom. ECF No. 1 at 2. He was ordered removed to Anguilla in absentia on January 31, 2013, and was taken into ICE custody on July 14, 2014. *Id.* at 5. Petitioner said he had cooperated fully with efforts to carry out his removal, but claimed that ICE has been unable to remove him to either Anguilla or the United Kingdom. *Id.* at 6-7. Because Petitioner alleged there was no significant likelihood that his

removal would occur in the reasonably foreseeable future, and he sought release pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001), *id.* at 8-9, service was directed.  ECF No. 7.

Respondents filed a motion to dismiss on March 31, 2016, advising that Petitioner was removed from the United States to Anguilla on February 18, 2016.  ECF No. 12.  Attached to the motion is an executed Form I-205, Warrant of Removal/Deportation, which demonstrates that Petitioner's removal was witnessed on February 18, 2016, when Petitioner left the United States from the Miami, Florida airport.  ECF No. 12-1.  Additionally, mail from this Court was returned as undeliverable.  *See* ECF No. 10.

The relief requested by Petitioner, release from detention, has been provided.  Petitioner did not contest his removal from this country, and is no longer in custody.  There is no longer a case or controversy between the parties, and this § 2241 petition should be dismissed as moot.

It is respectfully **RECOMMENDED** that the motion to dismiss, ECF No. 12, be **GRANTED**, and the § 2241 petition be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on April 4, 2016.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.